Mark E. Ellis – 127159
Andrew M. Steinheimer – 200524
Kimberly E. Lewellen - 243663
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for
DEFENDANT PROTOCOL RECOVERY SERVICES, INC., a Georgia corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUN FERMIN,<br><br>      Plaintiff,<br><br>v.<br><br>PROTOCOL RECOVERY SERVICES, INC., a Georgia Corporation; and RICHARD HAMILTON CERNY,  individually and in his official capacity,<br><br>      Defendants. | Case No.:  C07-05318 JF HRL<br><br>**CERTIFICATION OF AND NOTICE TO INTERESTED PARTIES** |

- 1 -

1     The undersigned, counsel of record for Defendant PROTOCOL RECOVERY SERVICES,

2  INC., a Georgia corporation certifies that the following listed parties have a direct, pecuniary interest

3  in the outcome of this case. These representations are made to enable the Court to evaluate possible

4  disqualification or recusal.

5     1.    JUN FERMIN, Plaintiff

6     2.    PROTOCOL RECOVERY SERVICES, INC., Defendant.

7

8  Dated: November 18, 2007

                                       Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP

9

10                                     By _____/s/ *Mark E. Ellis*_____
                                          Mark E. Ellis
                                          Attorney for
11                                        DEFENDANT PROTOCOL RECOVERY
                                          SERVICES, INC., a Georgia corporation

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**CERTIFICATE OF SERVICE**

I, Rosanne Estrella, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause.  My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On November 18, 2007, I served the following document(s) on the parties in the within action:

**CERTIFICATION AND NOTICE TO INTERESTED PARTIES**

| X | **VIA ELECTRONIC SERVICE**:  The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

Ben E. Dupre                              Attorneys for
1400 Coleman Avenue                        Plaintiff JUN FERMIN
Suite D-12
Santa Clara, CA 95050


I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on November 18, 2007.

By . _____
            Rosanne Estrella

CERTIFICATION AND NOTICE TO INTERESTED PARTIES