1  Mark E. Ellis - 127159
   Kimberly E. Lewellen - 243663
2  ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA 95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821

5  Attorneys for DEFENDANTS PROTOCOL RECOVERY
   SERVICES, INC., A Georgia Corp. and RICHARD HAMILTON
6  CERNY, Individually and in his official capacity

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | JUN FERMIN,                              | Case No.: C07-05318 JF HRL
13 |         Plaintiff,                       |
14 | v.                                       | **JOINT NOTICE OF SETTLEMENT; AND REQUEST THAT THE CASE MANAGEMENT CONFERENCE BE TAKEN OFF CALENDAR.**
15 | PROTOCOL RECOVERY SERVICES, INC., a      |
   | Georgia Corporation; and RICHARD         |
16 | HAMILTON CERNY, individually and in his  |
   | official capacity,                       |
17 |                                          |
   |         Defendants.                      |
18

19

20

21

22

23

24

25

26

27

28

JOINT NOTICE OF SETTLEMENT; AND REQUEST THAT CASE MANAGEMENT CONFERENCE BE TAKEN OFF CALENDAR

Plaintiff Jun Fermin, Defendant Protocol Recovery Services, Inc., and Defendant Richard H. Cerny ("parties"), have reached a confidential settlement, and are in the process of finalizing the matter. The parties will be requesting that the Court dismiss this case with prejudice as to Defendants Protocol Recovery Services, Inc. and Mr. Cerny. For these reasons, the parties jointly request that the Court take the case management conference, currently set for February 15, 2008, off calendar.

Dated: February 8, 2008

                    **ELLIS, COLEMAN, POIRIER, LAVOIE,
& STEINHEIMER LLP**

By _Kimberly E. Lewellen_ (signature)
Kimberly E. Lewellen
Attorneys for DEFENDANTS PROTOCOL RECOVERY SERVICES, INC., A Georgia Corp. and RICHARD HAMILTON CERNY,

Dated: February 8, 2008

**DUPRE LAW FIRM**

By _____
Ben E. Dupre
Attorney for Plaintiff JUN FERMIN

- 1 -

JOINT NOTICE OF SETTLEMENT; AND REQUEST THAT CASE MANAGEMENT CONFERENCE BE TAKEN OFF CALENDAR

   Plaintiff Jun Fermin, Defendant Protocol Recovery Services, Inc., and Defendant Richard H. Cerny ("parties"), have reached a confidential settlement, and are in the process of finalizing the matter. The parties will be requesting that the Court dismiss this case with prejudice as to Defendants Protocol Recovery Services, Inc. and Mr. Cerny. For these reasons, the parties jointly request that the Court take the case management conference, currently set for February 15, 2008, off calendar.

Dated: February 8, 2008

          ELLIS, COLEMAN, POIRIER, LAVOIE,
          & STEINHEIMER LLP


          By _____
          Kimberly E. Lewellen
          Attorneys for DEFENDANTS PROTOCOL
          RECOVERY SERVICES, INC., A Georgia Corp. and
          RICHARD HAMILTON CERNY,

Dated: February 8, 2008

          **DUPRE LAW FIRM**


          By _____
          Ben E. Dupre
          Attorney for Plaintiff JUN FERMIN

- 1 -

JOINT NOTICE OF SETTLEMENT; AND REQUEST THAT CASE MANAGEMENT CONFERENCE BE TAKEN OFF CALENDAR

# CERTIFICATE OF SERVICE

I, Alexandria Felix, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On February 8, 2008, I served the following document(s) on the parties in the within action:

**REPORT OF SETTLEMENT, AND JOINT NOTICE OF SETTLEMENT; REQUEST CASE MANAGEMENT CONFERENCE BE TAKEN OFF CALENDAR**

|   | |
|---|---|
|   | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
|   | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|   | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|   | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Ben E. Dupre<br>1400 Coleman Avenue, Suite D-12<br>Santa Clara, CA 95050 | Attorneys for<br>Plaintiff JUN FERMIN |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on February 8, 2008.

By _____
Alexandria Felix

- 2 -