1  **Ben E. Dupre SBN 231191**
   **DUPRE LAW FIRM**
2  **1400 Coleman Ave, Suite D12**
   **Santa Clara, California 95050**
3  **Telephone Number: (408)874-5300**
   **Facsimile Number: (408) 727.5310**
4  **Email: duprelaw@gmail.com**

5  Attorney for Plaintiff
   JUN FERMIN
6

7
            **IN THE UNITED STATES DISTRICT COURT**
8           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
            **SAN JOSE DIVISION**
9

10 JUN FERMIN,                              Case No. C07-05318 JF HRL

11                          Plaintiff,      **NOTICE OF VOLUNTARY**
                                            **DISMISSAL**
12 v.

13 PROTOCOL RECOVERY SERVICES,
   INC., a Georgia Corporation; RICHARD
14 HAMILTON CERNY, individually and in
   his official capacity
15
                         Defendant(s).
16

17      COMES NOW the Plaintiff, JUN FERMIN, by and through counsel, Ben E. Dupre of the

18 Dupre Law Firm and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that

19 Plaintiff, JUN FERMIN, with prejudice, all claims made by him against PROTOCOL RECOVERY

20 SERVICES, INC. and RICHARD HAMILTON CERNY., in his Complaint filed herein on October

21 18 2007.  Plaintiff futher notifies the Court that his dispute with Defendants has been settled.

22

23                                         DUPRE LAW FIRM

24                                         By: /s/ Ben E. Dupre
                                           Ben E. Dupre, Esq.
25                                         Attorney for Plaintiff
                                           JUN FERMIN
26

27

28
                                    - 1 -
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE